FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -5 PM 3: 21

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DON DAVIS | CIVIL ACTION |
| VERSUS | NO. 05-1362 |
| JAMES D. MILLER, ET AL. | SECTION "T" (3) |

### REPORT AND RECOMMENDATION

Plaintiff, Don Davis, is presently incarcerated at the Washington Correctional Institute, Angie, Louisiana. He filed this civil action, pursuant to 42 U.S.C. § 1983, against James D. Miller, Cliff Turner, Dudley Nelson, Misty Bergis, Dr. Jerry Thomas, Kathy McGinnis, and Oneita Pittman. In the lawsuit, plaintiff alleged that defendants failed to protect him from unsafe prison conditions and failed to provide him with adequate medical care.

At a status conference held on July 5, 2005, plaintiff stated that he wishes to dismiss this civil action.[1] The Court construes plaintiff's request as an oral motion for voluntary dismissal. Defense counsel stated that defendants do not object to such a dismissal. All parties agreed that the dismissal

---

[1] The conference, including plaintiff's request for voluntary dismissal, was taped. The tape has been placed into the custody of the Clerk of Court's Court Reporter Section.

should be with prejudice. The undersigned explained to plaintiff that a dismissal with prejudice would preclude him from relitigating the claims brought in this lawsuit but would not prevent him from filing a new lawsuit for any claims that may arise in the future. Plaintiff stated that he understood and was agreeable to that disposition.

In light of the foregoing, defendants' pending motion to dismiss, Rec. Doc. 7, is moot.

## RECOMMENDATION

It is therefore **RECOMMENDED** that plaintiff's oral motion to dismiss this civil action be granted and that plaintiff's claims be **DISMISSED WITH PREJUDICE**.

It is **FURTHER RECOMMENDED** that defendants' motion to dismiss, Rec. Doc. 7, be **DENIED AS MOOT**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this fifth day of July, 2005.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE
