

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4 P 2: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DON DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1362** |
| **JAMES D. MILLER, ET AL.** | **SECTION "T" (3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's oral motion to voluntarily dismiss his complaint is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, Rec. Doc. 7, is **DENIED AS MOOT.**

New Orleans, Louisiana, this 2nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___